**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DONALD WHITAKER,

    Plaintiff,

v.                                              Case No: 8:13-cv-2093-T-30MAP

KABLELINK COMMUNICATIONS,
LLC and KABLELINK
COMMUNICATIONS OF NORTH
CAROLINA, LLC,

    Defendants.

**ORDER**

THIS CAUSE came before the Court for hearing on the Court's proposed Notice of Lawsuit. Upon review and consideration, and having heard arguments from counsel, it is therefore

ORDERED AND ADJUDGED that:

1. The Court approves the proposed Notice of Lawsuit attached to this Order as Exhibit A;

2. The parties have seven (7) days from the date of this Order to file any objections to the proposed Notice of Lawsuit;

3. If no objections are filed, Plaintiff's counsel will be authorized to send the attached Notice of Lawsuit under the following conditions:

    a. The Notice of Lawsuit shall be sent to putative class members by first class mail;

  b. The Notice of Lawsuit shall provide a total of sixty (60) days from the date the notices are initially mailed to file a Consent to Opt-In form;

  c. Defendants are directed to post a copy of the Notice of Lawsuit at all of its business locations and/or dispatch offices in Florida; and

  d. Plaintiff's counsel may send a follow-up notice by first class mail or e-mail to all individuals, who by the fourteenth day prior to the close of the court-approved notice period have yet to opt-in to the instant action.

4. If no objections are filed, Defendants shall produce to the Plaintiff, in an electronic readable format, a list containing the full names, last known addresses, telephone numbers, and e-mail addresses of putative class members who worked for Kablelink Communications, LLC between August 2010, and the present within fourteen (14) days of the expiration of the objection period.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of December, 2013.

*[Signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

Attachment:
Exhibit A

S:\Odd\2013\13-cv-2093 order on proposed notice.docx