# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DONALD WHITAKER,

    Plaintiff,

v.                                        Case No: 8:13-cv-2093-T-30MAP

KABLELINK COMMUNICATIONS,
LLC and KABLELINK
COMMUNICATIONS OF NORTH
CAROLINA, LLC,

    Defendants.

## ORDER

THIS CAUSE comes before the Court on Defendants' Objections to Notice of Lawsuit (Dkt. #33) and Plaintiff's Response to Defendants' Objections (Dkt. #41). Defendants retained new counsel as of December 23, 2013, (Dkt. #28), and filed objections to the Court's Approved Notice of Lawsuit (Dkt. #24-1). Several of Defendants' objections relate to arguments made by Defendants' previous counsel and considered by this Court at the December 5, 2013 hearing, particularly relating to the 2013 Arbitration Agreement. The Court will not reconsider those arguments at this time. Nonetheless, the Court will incorporate several revisions for the purpose of clarifying the Notice of Lawsuit. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Court approves the Notice of Lawsuit attached to this Order as Exhibit A;

2. Plaintiff's counsel is authorized to send the attached Notice of Lawsuit under the following conditions:

    a. The Notice of Lawsuit shall be sent to putative class members as defined in this Court's Order Conditionally Certifying the Class (Dkt. # 18) by first class mail;

    b. The Notice of Lawsuit shall provide a total of sixty (60) days from the date the notices are initially mailed to file a Consent to Opt-In form;

    c. Defendants are directed to post a copy of the Notice of Lawsuit at all of its business locations and/or dispatch offices in Florida; and

    d. Plaintiff's counsel may send a follow-up notice by first class mail or e-mail to all individuals, who by the fourteenth day prior to the close of the court-approved notice period have yet to opt-in to the instant action.

3. Defendants shall produce to the Plaintiff, in an electronic readable format, a list containing the full names, last known addresses, telephone numbers, and e-mail addresses of putative class members who worked for Kablelink Communications, LLC between August 2010, and the present within fourteen (14) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of January, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

<u>Attachment:</u>
Exhibit A

S:\Odd\2013\13-cv-2093 order on revised proposed notice.docx