**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DONALD WHITAKER,

    Plaintiff,

v.                                      Case No: 8:13-cv-2093-T-30MAP

KABLELINK COMMUNICATIONS, LLC and KABLELINK COMMUNICATIONS OF NORTH CAROLINA, LLC,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Parties' Joint Motion for in Camera Approval of Settlement Agreement and to Dismiss the Complaint with Prejudice (Dkt. #56). The parties have entered into a Confidential Settlement Agreement and Release of Claims disposing of the Fair Labor Standards Act claims brought by the Plaintiff, on behalf of himself and all others similarly situated. A total of eight individuals opted in to the FLSA class. The Court, having reviewed the terms of the Confidential Settlement Agreement and Release of Claims, hereby finds that the agreement represents a reasonable compromise of the opt-in Plaintiffs' claims pursuant to the Fair Labor Standards Act and otherwise satisfies the essential requirements of the law. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Parties' Joint Motion for In Camera Approval of Settlement Agreement and to Dismiss the Complaint with Prejudice (Dkt. #56) is **GRANTED** in part and **DENIED** in part.

2. The Parties' Joint Motion for In Camera Approval of Settlement Agreement and to Dismiss the Complaint with Prejudice (Dkt. #56) is **GRANTED** to the extent that the Confidential Settlement Agreement and Release of Claims is hereby **APPROVED**.

3. The Parties' Joint Motion for In Camera Approval of Settlement Agreement and to Dismiss the Complaint with Prejudice (Dkt. #56) is **DENIED** to the extent that the Parties' request the Court to retain jurisdiction until October 31, 2014.

4. This case is **DISMISSED** with prejudice.

5. The Clerk is directed to close the case and deny any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of April, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2093 flsa settlement approval.docx